BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| RUTH D. COOKSON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:12-cv-02542-CMK <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. In addition to two motions for summary judgment in federal court due on April 10, 2013, the undersigned has deadlines in active employment discrimination cases before the Equal Employment Opportunity Commission (EEOC), including prehearing submissions due April 9, 2013 and a deposition in Los Angeles on April 10, 2013. Thus, counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. The current date is April 10, 2013. The new due date will be May 10, 2013.

1

2:12-cv-02542-CMK

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Date:  April 2, 2013                          /s/*Kelsey Mackenzie Brown*\*
                                          KELSEY MACKENZIE BROWN
                                          (\* by email authorization 4/2/13)
                                          Dellert Baird Law Offices, PLLC
                                          Attorney for Plaintiff

Date:   April 2, 2013                         BENJAMIN B. WAGNER
                                          United States Attorney

                                   By:   */s/ Cynthia B. De Nardi*
                                              CYNTHIA B. DE NARDI
                                              Special Assistant United States Attorney

APPROVED AND SO ORDERED:

DATED:   April 3, 2013

_____   **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE