1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM, SBN IL 6203390
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105-2102
          Telephone: (415) 977-8961
7         Facsimile: (415) 744-0134
          Email: cynthia.denardi@ssa.gov
8
9  Attorneys for Defendant

10

11                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
12                         **SACRAMENTO DIVISION**

13

14  RUTH D. COOKSON,                  )  Case No. 2:12-cv-02542-CMK
                                      )
15         Plaintiff,                 )  **STIPULATION TO EXTEND BRIEFING**
                                      )  **SCHEDULE AND [PROPOSED] ORDER**
16         v.                         )
                                      )
17  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
18                                    )
                                      )
19         Defendant.                 )
                                      )
20  _____ )

21        The parties hereby stipulate by counsel, with the Court's approval as indicated by
22  issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to
23  respond to Plaintiff's motion for summary judgment.  In addition to two motions for summary
24  judgment in federal court due on April 10, 2013, the undersigned has deadlines in active
25  employment discrimination cases before the Equal Employment Opportunity Commission
    (EEOC), including prehearing submissions due April 9, 2013 and a deposition in Los Angeles on
26  April 10, 2013.  Thus, counsel for the Commissioner requires additional time in order to respond
27  to Plaintiff's arguments.  The current date is April 10, 2013.  The new due date will be May 10,
28  2013.

                                            1

2:12-cv-02542-CMK

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:  April 2, 2013                    /s/*Kelsey Mackenzie Brown*\*
                                        KELSEY MACKENZIE BROWN
                                        (* by email authorization 4/2/13)
                                        Dellert Baird Law Offices, PLLC
                                        Attorney for Plaintiff


Date:   April 2, 2013                   BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Cynthia B. De Nardi
                                        CYNTHIA B. DE NARDI
                                        Special Assistant United States Attorney

APPROVED AND SO ORDERED:

DATED:   April 3, 2013

_____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

2

2:12-cv-02542-CMK